IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| LAMARR PETE NEWBERN,<br><br>Petitioner,<br><br>v.<br><br>ROSS CORRECTIONAL INSTITUTION,<br><br>Respondent. | CASE NO. 2:09-cv-00606<br>JUDGE HOLSCHUH<br>MAGISTRATE JUDGE KEMP |

## OPINION AND ORDER

On August 10, 2009, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. 2254 be dismissed. Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation,* and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED**.

IT IS SO ORDERED.

9-3-09

JOHN D. HOLSCHUH
United States District Judge